**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:
<u>ANGLIN, ANDREA L</u>

Case No.: <u>23-18705</u>
Chapter 7
Judge: Andrew B. Alternburg, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse
401 Market Street, Second Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Alternburg, Jr. on  January 9, 2024  at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B  (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| **Description of property** | **FMV** | **Liens on property** | **Amount of equity claimed as exempt** |
|---|---|---|---|
| 2265 Horner Avenue, Pennsauken, NJ<br>Property Foreclosed 10/3/23 | $290,700.00 | $72,000.00 – Carrington Mortgage Services<br>$168,200.00 – Pennsauken Township | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:            /s/ Thomas J. Subranni
Address:        1624 Pacific Avenue, Atlantic City, NJ 08401
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18705-ABA |
| Andrea L Anglin | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 07, 2023 | Form ID: pdf905 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea L Anglin, 2265 Horner Avenue, Pennsauken, NJ 08110-1758 |
| 520043880 | | Banana Republic Rewards/ Barclays, ATTN: Bankruptcy, Po Box 13337, Philadelphia, PA 19101-3337 |
| 520043884 | | Chase Receivables, PO Box 5209, Petaluma, CA 94955-5209 |
| 520043906 | + | Lanzi Burke and Associates LLC, 449 Hurffville Crosskeys Rd, Unit 2, Sewell, NJ 08080-9369 |
| 520043916 | + | PMT Solutions LLC, 7100 Fort Dent Way, Suite 210, Seattle, WA 98188-7501 |
| 520043920 | + | Rickart Collection Syystems Inc., 575 Milltown Road, Po Box 7242, North Brunswick, NJ 08902-7242 |
| 520043923 | + | Summit Collection Services NJ, LLC, Po Box 306, Ho Ho Kus, NJ 07423-0306 |
| 520043926 | + | Virtua Health, 118 Lukens Drive, New Castle, DE 19720-2727 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520043878 | + | Email/Text: EBNProcessing@afni.com | Dec 07 2023 20:44:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 520043879 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 07 2023 20:43:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520043881 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 07 2023 20:43:00 | Bank of America, Po Box 5170, Simi Valley, CA 93062-5170 |
| 520043886 | | Email/Text: Webcollex@ebn.phinsolutions.com | Dec 07 2023 20:44:00 | CKS Financial, Po Box 2856, Chesapeake, VA 23327-2856 |
| 520043883 | | Email/Text: cfcbackoffice@contfinco.com | Dec 07 2023 20:44:00 | Cerulean Mastercard, Po Box 3220, Buffalo, NY 14240 |
| 520043898 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Dec 07 2023 20:43:00 | Credit Corp Solutions, 121 W. Election Rd, Suite 200, Draper, UT 84020 |
| 520043882 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 07 2023 20:43:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road, Stes 110 & 200, Anaheim, CA 92806-5948 |
| 520043885 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2023 20:53:23 | Citibank/Macys, Po Box 6167, Sioux Falls, SD 57117-6167 |
| 520043887 | + | Email/Text: mediamanagers@clientservices.com | Dec 07 2023 20:43:00 | Client Services Incorporated, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 520043888 | | Email/Text: esther@cbhv.com | Dec 07 2023 20:44:00 | Collection Bureau Hudson Valley, PO box 831, Newburgh, NY 12551-0831 |
| 520043891 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 23-18705-ABA  Doc 12  Filed 12/09/23  Entered 12/10/23 00:14:19  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: pdf905 | Total Noticed: 47 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 07 2023 20:44:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520043892 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 07 2023 20:44:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520043893 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 07 2023 20:44:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520043894 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 07 2023 20:44:00 | Comenity/Burlington, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520043895 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 07 2023 20:44:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520043896 | + | Email/Text: bankruptcy@sccompanies.com | Dec 07 2023 20:45:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520043897 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 07 2023 20:45:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520043899 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 07 2023 20:52:04 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 520043907 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2023 21:03:52 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520043900 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 07 2023 20:45:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520043901 | + | Email/Text: bankruptcy@firstelectronic.com | Dec 07 2023 20:45:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 520043904 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 07 2023 20:45:00 | Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 520043905 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 07 2023 20:43:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520043908 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2023 20:44:00 | Midland Credit Management, 350 Camino de la reina, suite 100, San Diego, CA 92108-3007 |
| 520043909 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2023 20:44:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520043910 | + | Email/Text: bankruptcy@sccompanies.com | Dec 07 2023 20:45:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520043911 | + | Email/Text: bankruptcy@sccompanies.com | Dec 07 2023 20:45:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520043912 | + | Email/Text: cedwards@ncsplus.com | Dec 07 2023 20:44:00 | NCS Plus Incorporated, 117 E. 24th Street, 5th floor, New York, NY 10010-2937 |
| 520043913 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 07 2023 20:44:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 520043914 | + | Email/Text: bnc@nordstrom.com | Dec 07 2023 20:44:25 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520043917 | + | Email/Text: ngisupport@radiusgs.com | Dec 07 2023 20:44:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 520043919 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2023 21:03:44 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520043921 | + | Email/Text: bankruptcy@sccompanies.com | Dec 07 2023 20:45:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520043922 | + | Email/Text: bankruptcy@sccompanies.com | Dec 07 2023 20:45:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520043915 | | Email/Text: tax@pennsauken.gov | Dec 07 2023 20:43:00 | Pennsauken Township, 5605 N. Crecent Blvd, |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: pdf905 | Total Noticed: 47 |

| | | | | | |
|---|---|---|---|---|---|
| 520043924 | | ^ | MEBN | Dec 07 2023 20:46:04 | Pennsauken, NJ 08110<br>Transworld Systems Inc., 1105 Schrock Road, Suite 300, Columbus, OH 43229-1174 |
| 520043925 | | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Dec 07 2023 20:43:00 | | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520043902 | | First Premier Bank |
| 520043903 | | First Premier Bank |
| 520043889 | * | Collection Bureau Hudson Valley, PO box 831, Newburgh, NY 12551-0831 |
| 520043890 | * | Collection Bureau Hudson Valley, PO box 831, Newburgh, NY 12551-0831 |
| 520043918 | *+ | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Andrea L Anglin bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| Thomas J Subranni | Tjsubranni@gmail.com  NJ84@ecfcbis.com;Subranni@premierremote.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4