Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  23−18705−ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea L Anglin
   aka Andrea Walker
   2265 Horner Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−2068

Employer's Tax I.D. No.:

_____

## CERTIFICATION OF NO OBJECTION

        I  Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

2265 Horner Avenue, Pennsuaken, NJ

Dated: January 3, 2024
JAN: eag

                                        Jeanne Naughton
                                        Clerk