| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**RAGAN & RAGAN, P.C.**<br>3100 Route 138 West<br>Wall, NJ 07719<br>*Attorneys for NJHR1, LLC* | Order Filed on January 10, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ANDREA L. ANGLIN | Case No.: 23-18705<br><br>Adv. No.:<br><br>Hearing Date: January 9, 2024<br><br>Judge: Andrew B. Altenburg, Jr. |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 10, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:       Andrea L. Anglin
Case No.:     23- 18705/ABA
Caption of Order:     ORDER GRANTING RELIEF FROM AUTOMATIC STAY

---

Upon the motion of W. Peter Ragan, Jr., Esq., a member of the firm of Ragan & Ragan, P.C., attorneys for NJHR1, LLC, and for good cause shown; it is

ORDERED that the Automatic Stay is vacated as to the Debtor, Andrea L. Anglin, as to property commonly known as 2265 Horner Avenue, Pennsauken, NJ 08110.

IT IS FURTHER ORDERED that a copy of this Order will be served upon those receiving notice of this motion with _____ days from the receipt of the conformed order by movant's counsel.