UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**RAGAN & RAGAN, P.C.**
3100 Route 138 West
Wall, NJ 07719
*Attorneys for NJHR1, LLC*

Order Filed on January 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANDREA L. ANGLIN

Case No.: 23-18705

Adv. No.:

Hearing Date: January 9, 2024

Judge: Andrew B. Altenburg, Jr.

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 10, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:        Andrea L. Anglin
Case No.:    23- 18705/ABA
Caption of Order:    ORDER GRANTING RELIEF FROM AUTOMATIC STAY

---

Upon the motion of W. Peter Ragan, Jr., Esq., a member of the firm of Ragan & Ragan, P.C., attorneys for NJHR1, LLC, and for good cause shown; it is

ORDERED that the Automatic Stay is vacated as to the Debtor, Andrea L. Anglin, as to property commonly known as 2265 Horner Avenue, Pennsauken, NJ 08110.

IT IS FURTHER ORDERED that a copy of this Order will be served upon those receiving notice of this motion with _____ days from the receipt of the conformed order by movant's counsel.

United States Bankruptcy Court

District of New Jersey

In re:  
Andrea L Anglin  
    Debtor

Case No. 23-18705-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1  
Date Rcvd: Jan 10, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrea L Anglin, 2265 Horner Avenue, Pennsauken, NJ 08110-1758 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Andrea L Anglin bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| Thomas J Subranni | Tjsubranni@gmail.com NJ84@ecfcbis.com;Subranni@premierremote.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| W. Peter Ragan | on behalf of Creditor NJHR1 LLC wpr@raganlaw.com, susan@raganlaw.com |

TOTAL: 5