Form cscnodsc − ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  23−18705−ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea L Anglin
   aka Andrea Walker
   2265 Horner Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−2068

Employer's Tax I.D. No.:

_____

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: February 7, 2024
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18705-ABA |
| Andrea L Anglin | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 07, 2024 | Form ID: cscnodsc | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea L Anglin, 2265 Horner Avenue, Pennsauken, NJ 08110-1758 |
| cr | + | NJHR1, LLC, Ragan & Ragan. PC, 3100 Route 138 West, Wall, NJ 07719-9020 |
| 520043880 | | Banana Republic Rewards/ Barclays, ATTN: Bankruptcy, Po Box 13337, Philadelphia, PA 19101-3337 |
| 520043884 | | Chase Receivables, PO Box 5209, Petaluma, CA 94955-5209 |
| 520043906 | + | Lanzi Burke and Associates LLC, 449 Hurffville Crosskeys Rd, Unit 2, Sewell, NJ 08080-9369 |
| 520043916 | + | PMT Solutions LLC, 7100 Fort Dent Way, Suite 210, Seattle, WA 98188-7501 |
| 520043920 | + | Rickart Collection Syystems Inc., 575 Milltown Road, Po Box 7242, North Brunswick, NJ 08902-7242 |
| 520043923 | + | Summit Collection Services NJ, LLC, Po Box 306, Ho Ho Kus, NJ 07423-0306 |
| 520043926 | + | Virtua Health, 118 Lukens Drive, New Castle, DE 19720-2727 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 07 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 07 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520043878 | + | Email/Text: EBNProcessing@afni.com | Feb 07 2024 20:51:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 520043879 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 07 2024 20:50:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520043881 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 07 2024 20:50:00 | Bank of America, Po Box 5170, Simi Valley, CA 93062-5170 |
| 520043882 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 07 2024 20:50:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road, Stes 110 & 200, Anaheim, CA 92806 |
| 520043886 | | Email/Text: Webcollex@ebn.phinsolutions.com | Feb 07 2024 20:51:00 | CKS Financial, Po Box 2856, Chesapeake, VA 23327-2856 |
| 520043883 | | Email/Text: cfcbackoffice@contfinco.com | Feb 07 2024 20:51:00 | Cerulean Mastercard, Po Box 3220, Buffalo, NY 14240 |
| 520043898 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Feb 07 2024 20:50:00 | Credit Corp Solutions, 121 W. Election Rd, Suite 200, Draper, UT 84020 |
| 520043885 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 20:55:50 | Citibank/Macys, Po Box 6167, Sioux Falls, SD 57117-6167 |
| 520043887 | + | Email/Text: mediamanagers@clientservices.com | Feb 07 2024 20:50:00 | Client Services Incorporated, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 520043888 | | Email/Text: esther@cbhv.com | Feb 07 2024 20:51:00 | Collection Bureau Hudson Valley, PO box 831, Newburgh, NY 12551-0831 |

District/off: 0312-1                          User: admin                                      Page 2 of 3
Date Rcvd: Feb 07, 2024                       Form ID: cscnodsc                      Total Noticed: 48

| 520043891 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 20:51:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
|---|---|---|---|---|
| 520043892 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 20:51:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520043893 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 20:51:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520043894 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 20:51:00 | Comenity/Burlington, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520043895 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 20:51:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520043896 | + | Email/Text: bankruptcy@sccompanies.com | Feb 07 2024 20:52:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520043897 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 07 2024 20:52:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520043899 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 07 2024 20:55:51 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 520043907 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 20:55:44 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520043900 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 07 2024 20:52:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520043901 | + | Email/Text: bankruptcy@firstelectronic.com | Feb 07 2024 20:52:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 520043904 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 07 2024 20:52:00 | Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 520043905 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 07 2024 20:50:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520043908 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 20:51:00 | Midland Credit Management, 350 Camino de la reina, suite 100, San Diego, CA 92108-3007 |
| 520043909 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 20:51:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520043910 | + | Email/Text: bankruptcy@sccompanies.com | Feb 07 2024 20:52:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520043911 | + | Email/Text: bankruptcy@sccompanies.com | Feb 07 2024 20:52:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520043912 | + | Email/Text: cedwards@ncsplus.com | Feb 07 2024 20:51:00 | NCS Plus Incorporated, 117 E. 24th Street, 5th floor, New York, NY 10010-2937 |
| 520043913 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 07 2024 20:50:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 520043914 | + | Email/Text: bnc@nordstrom.com | Feb 07 2024 20:51:43 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520043917 | + | Email/Text: ngisupport@radiusgs.com | Feb 07 2024 20:50:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 520043919 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 21:06:10 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520043921 | + | Email/Text: bankruptcy@sccompanies.com | Feb 07 2024 20:52:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520043922 | + | Email/Text: bankruptcy@sccompanies.com | Feb 07 2024 20:52:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520043915 | | Email/Text: tax@pennsauken.gov | | |

| | | Feb 07 2024 20:50:00 | Pennsauken Township, 5605 N. Crecent Blvd, Pennsauken, NJ 08110 |
|---|---|---|---|
| 520043924 | ^ MEBN | | |
| | | Feb 07 2024 20:45:08 | Transworld Systems Inc., 1105 Schrock Road, Suite 300, Columbus, OH 43229-1174 |
| 520043925 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 07 2024 20:50:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520043902 | | First Premier Bank |
| 520043903 | | First Premier Bank |
| 520043889 | * | Collection Bureau Hudson Valley, PO box 831, Newburgh, NY 12551-0831 |
| 520043890 | * | Collection Bureau Hudson Valley, PO box 831, Newburgh, NY 12551-0831 |
| 520043918 | *+ | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3112 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Andrea L Anglin bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| Thomas J Subranni | Tjsubranni@gmail.com NJ84@ecfcbis.com;Subranni@premierremote.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| W. Peter Ragan | on behalf of Creditor NJHR1 LLC wpr@raganlaw.com, susan@raganlaw.com |

TOTAL: 5